THE PEOPLE OF THE STATE OF NEW YORK ex rel. BRUCE ALLEN LEE, Petitioner, v. CHARLES MCKENDRICK, as Warden of Wallkill Prison, Respondent.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID KAUFFMAN, Petitioner, v. CHARLES MCKENDRICK, as Warden of Wallkill Prison, Respondent.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH VILADESAU, Petitioner, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN ROSS, Petitioner, v. DANIEL J. MCMANN, as Warden of Clinton Prison, Respondent.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.